UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARREN KEBODEAUX (#104879)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 10-627-BAJ-SCR

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 7, 2010. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the complaint filed by defendant Darren Kebodeaux (doc. 1), shall be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and without prejudice to any state law claim.

Baton Rouge, Louisiana, November 4, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA